UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACOB ROBERT TEETS #759627,

      Plaintiff,

                                  Case No: 1:24-cv-1249

v.

                                    HON. ROBERT J. JONKER

S. VANDERWAGON et al.,

      Defendants.

_____/

## ORDER APPROVING AND ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on June 2, 2026 (ECF No. 98). The Report and Recommendation was duly served on the parties, and no objections have been filed under 28 U.S.C. § 636(b)(1)(C). Plaintiff was granted two extensions of time to file any objections. (ECF Nos. 100, 105).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 98) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment filed by Defendants Jacobson, LaNore and Pannell (ECF No. 81) is **GRANTED**, Plaintiff's claims against Unknown Party #2 are **DISMISSED**, and the case is **TERMINATED**.

Dated:   _July 28, 2026_               _/s/ Robert J. Jonker_____
                                         ROBERT J. JONKER
                                         UNITED STATES DISTRICT JUDGE